UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY<br><br>    Plaintiff(s),<br><br>  v.<br><br>ROBERT H. BOHNA, et al.,<br><br>    Defendant(s). | No. C05-4480 BZ<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: November 9, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\AMERICAN SAFETY.RECUSAL.wpd

1