1 DAVID B. DEMO (SBN 153997); ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
2 LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
3 Emeryville, CA 94608
Tel: (510) 841-7777
4 Fax: (510) 841-7776

5 ATTORNEYS FOR:
FIRST FINANCIAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY, | Case No.: 05-CV4480 SI |
| Plaintiff, | SECOND STIPULATION TO EXTEND TIME FOR FIRST FINANCIAL INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| ROBERT H. BOHNA, TRUCK INSURANCE EXCHANGE, FARMERS INSURANCE GROUP, GOLDEN EAGLE INSURANCE COMPANY, FIRST FINANCIAL INSURANCE COMPANY, | |
| Defendant(s). | |

Pursuant to Civil L.R. 6-1(a), plaintiff American Safety Indemnity Company and defendant First Financial Insurance Company, by their undersigned counsel, hereby stipulate that the time within which First Financial Insurance Company shall respond to plaintiff's complaint

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Case No. 05-CV4480 SI　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stipulation

shall be extended. By this second stipulation, the response of First Financial Insurance Company to plaintiff's complaint shall be filed with the court not later than December 30, 2005.

SO STIPULATED:

DATED: December 16, 2005          LONG & LEVIT, LLP

/S/

BETH A. TRITTIPO
Attorneys for AMERICAN SAFETY INDEMNITY COMPANY

DATED: December 16, 2005          LHB PACIFIC LAW PARTNERS, LLP

/S/

DAVID B.A. DEMO
Attorneys for FIRST FINANCIAL INSURANCE COMPANY



IT IS SO ORDERED
Judge Susan Illston

2

Case No. 05-CV4480 SI                                          Stipulation